1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  (Bar No. 102181)
2  JONATHAN T. RODRIGUEZ  (Bar No. 165508)
   JAMISON R. NARBAITZ  (Bar No. 219339)
3  One Market Plaza, Steuart Tower, 8th Floor
   San Francisco, California  94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  Emails: *bruce.celebrezze@sdma.com*
           *jonathan.rodriguez@sdma.com*
6          *jamison.narbaitz@sdma.com*

7  Attorneys for Defendant
   KEMPER INDEPENDENCE INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | HARLAN IVES and SHELLEY MARDER, | CASE NO. C 08-05276 SBA |
|---|---|---|
| 13 | Plaintiffs, | **JOINT ADMINISTRATIVE MOTION FOR EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF (L.R. 7-11); ORDER GRANTING ADMINISTRATIVE MOTION** |
| 14 | v. | |
| 15 | KEMPER INDEPENDENCE INSURANCE COMPANY, and DOES 1 through 100, inclusive, | |
| 16 | | JUDGE:  Hon. Saundra B. Armstrong |
| 17 | Defendants. | DEPT:   Courtroom 3, Oakland<br>DATE:   TBD<br>TIME:   TBD |
| 18 | | |

19

20     Plaintiffs Harlan Ives and Shelley Marder ("Plaintiffs") and defendant Kemper

21 Independent Insurance Company ("Kemper") jointly submit this motion for administrative relief

22 pursuant to Northern District Local Rule 7-11, seeking an extension of the September 30, 2009

23 non-expert discovery cut-off deadline as ordered by the Court in the Order for Pre-Trial

24 Preparation (Document No. 20).  The parties seek a one month extension of the non-expert

25 discovery cut-off deadline to October 30, 2009.

26     Good cause exists for granting the extension.  The parties have decided to further attempt

27 mediating this action, and to this effect have scheduled mediation with the Hon. Alfred G.

28 Chiantelli (Ret.) for September 22, 2009.  Prior to completing this mediation, the parties wish to

-1-
JOINT ADMINISTRATIVE MOTION FOR EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF

avoid incurring any further expense in completing discovery, including several costly depositions, before the current deadline.

Moreover, an extension of the discovery cut-off deadline will have no effect on any other pre-trial deadlines set forth in the Order for Pre-Trial Preparation (Document No. 20). As the deadlines currently stand, the next deadline following the September 30, 2009 non-expert discovery cut-off is the October 30, 2009 deadline for expert witness disclosure by both parties. If the non-expert discovery cut-off is extended to October 30, 2009, there is no reason why the expert designation deadline cannot remain set for October 30, 2009 as well. If the parties cannot successfully resolve the matter at the September 22nd mediation, the parties will then have approximately five weeks to complete non-expert discovery and designate expert witnesses. No other deadlines – including the December 10, 2009 expert witness discovery cut-off, the February 9, 2010 dispositive motion hearing deadline, or the March 23, 2010 pre-trial conference – would be affected by the extension.

## **STIPULATION**

Pursuant to Northern District L.R. 7-11(a) and 7-12, and for the reasons discussed above, IT IS HEREBY STIPULATED among Plaintiffs and Kemper, each by and through their counsel, that the parties respectfully request that the Court extend the September 30, 2009 non-expert discovery cut-off to October 30, 2009, without alteration of any other pre-trial dates or deadlines.

DATED: September __, 2009          MANNION & LOWE

By: _____
    Wesley M. Lowe
    Attorneys for Plaintiffs
    HARLAN IVES and SHELLEY MARDER

DATED: September __, 2009          LAW OFFICES OF PHILIP T. PRINCE


By: _____
   Philip T. Prince
   Attorneys for Plaintiffs
   HARLAN IVES and SHELLEY MARDER



DATED: September __, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: _____
   Bruce D. Celebrezze
   Jonathan T. Rodriguez
   Jamison R. Narbaitz
   Attorneys for Defendant
   KEMPER INDEPENDENCE
   INSURANCE COMPANY


### [PROPOSED] ORDER GRANTING ADMINISTRATIVE RELIEF

The Court, having reviewed the papers and stipulation submitted in support of the parties' joint administrative motion for extension of the non-expert discovery cut-off deadline, and for good cause shown,

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED. The non-expert discovery cut-off deadline is extended to October 30, 2009. All other dates and deadlines in the Court's Order for Pre-Trial Preparation (Document No. 20) remain as set.

Dated: 9/18/09


By: *Saundra B. Armstrong*
   HON. SAUNDRA B. ARMSTRONG
   UNITED STATES DISTRICT JUDGE

-3-
JOINT ADMINISTRATIVE MOTION FOR EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF