SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  (Bar No. 102181)
JONATHAN T. RODRIGUEZ  (Bar No. 165508)
JAMISON R. NARBAITZ  (Bar No. 219339)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California  94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Emails: *bruce.celebrezze@sdma.com*
    *jonathan.rodriguez@sdma.com*
    *jamison.narbaitz@sdma.com*
Attorneys for Defendant
KEMPER INDEPENDENCE INSURANCE COMPANY

MANNION & LOWE
E. GERARD MANNION  (Bar No. 77287)
WESLEY M. LOWE  (Bar No. 111761)
655 Montgomery St., Suite 1200
San Francisco, CA  94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810
Emails: *gmannion@sbcglobal.net*
    *wlowe@sbcglobal.net*
Attorneys for Plaintiffs
HARLAN IVES and SHELLEY MARDER

LAW OFFICES OF PHILIP T. PRINCE
PHILIP T. PRINCE  (Bar No. 100098)
655 Montgomery St., Suite 1200
San Francisco, CA  94111
Telephone: (415) 981-7322
Facsimile: (415) 434-4810
Email: *philip.prince@msn.com*
Attorneys for Plaintiffs
HARLAN IVES and SHELLEY MARDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLAN IVES and SHELLEY MARDER,<br><br>    Plaintiffs,<br><br>    v.<br><br>KEMPER INDEPENDENCE INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. CV08-5276 SBA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[FED.R.CIV.P 41(a)(1)(A)]**<br><br>**HON. SAUNDRA B. ARMSTRONG** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiffs HARLAN IVES and SHELLEY MARDER and defendant KEMPER INDEPENDENCE INSURANCE COMPANY, through their respective attorneys of record herein, that this entire action shall be DISMISSED WITH PREJUDICE, each party to bear their own attorneys' fees and costs.

DATED: October __, 2009          MANNION & LOWE

By: _____/s/_____
    E. Gerard Mannion
    Wesley M. Lowe
    Attorneys for Plaintiffs
    HARLAN IVES and SHELLEY MARDER

DATED: October __, 2009          LAW OFFICES OF PHILIP T. PRINCE

By: _____/s/_____
    Philip T. Prince
    Attorneys for Plaintiffs
    HARLAN IVES and SHELLEY MARDER

DATED: October 13, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____/s/_____
    Bruce D. Celebrezze
    Jonathan T. Rodriguez
    Jamison R. Narbaitz
    Attorneys for Defendant
    KEMPER INDEPENDENCE
    INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: _10/16/09

_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE